# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ARCH INSURANCE COMPANY,** § | |
| *Plaintiff, Counter-Defendant*, § | |
| § | |
| **v.** § | **NO. MO:18-CV-00183 DC** |
| § | |
| **CLASSIC AUTO RESTYLING, LLC,** § | |
| *Defendant, Counter-Plaintiff,* § | |
| *Third-Party Plaintiff,* § | |
| § | |
| **v.** § | |
| § | |
| **OCIE MORGAN, ET AL.,** § | |
| *Third-Party Defendants*. § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Stipulation of Dismissal with Prejudice (Doc. 99) filed March 19, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 22nd day of March, 2021.

*/s/ David Counts*

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE